## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   Ana L. Vargas

: NO. 19-16898/jkf

### CERTIFICATION OF NO RESPONSE

     I, Bradly E. Allen, attorney for the Debtor, Ana L Vargas, do hereby verify that on November 8, 2019, I mailed by regular first class mail a true and correct copy of Debtor's Motion to Extend Automatic Stay along with Order Granting Motion to Extend Automatic Stay until Hearing date of 12/11/19 at 9:30 a.m. e to all creditors on the Matrix and to the following parties and the parties have not filed a response:

          Ana L. Vargas
          963 Allengrove St.
          Philadelphia, PA 19124

     I, Bradly E. Allen, further certify that the following parties were served electronically:

          Scott F. Waterman, Chapter 13 Trustee

          U.S. Trustee's Office


Date:  11/29/19                          /s/BRADLY E. ALLEN, ESQUIRE
                                             Attorney for Debtor