# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER  13

    Ana L. Vargas                    : NO.  19-16898/jkf

## ORDER

    AND NOW, this _____ day of _____, 2019 it is hereby ORDERED and DECREED that the Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code is hereby extended through Debtor's case which will act as an automatic stay against all creditors and shall remain in effect unless modified by the court.

**Date: December 12, 2019**
                                          HONORABLE  JEAN K. FITZSIMON
                                          U.S. BANKRUPTCY JUDGE