United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ana L. Vargas  
    Debtor

Case No. 19-16898-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Dec 12, 2019  
Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.

```
db            +Ana L. Vargas,    963 Allengrove Street,    Philadelphia, PA 19124-2409
14415611      +Marcos Vargas,    963 Allengrove Street,    Philadelphia, PA 19124-2409
14421842      +U.S. Bank N.A.,   c/o Kevin G. McDonald, Esq.,   KML Law Group,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14415612      +U.S. Bank N.A. as Trustee/J.P. Morgan,   c/o KML Law Group, P.C.,
                BNY Independence Center, Ste. 5000,   701 Market Street,   Philadelphia, PA 19106-1538
14415613      +U.S. Bank N.A., as Trustee/The J.P.,   Morgan Mortgage Acquisition Corp./SPS,
                3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
14421649      +U.S. Bank N.A., as trustee, on behalf of the J.P.,   C/O KML Law Group,
                701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Dec 13 2019 03:33:29      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:33:09      Pennsylvania Department of Revenue,
                Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2019 03:33:20      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14431876       E-mail/Text: jennifer.chacon@spservicing.com Dec 13 2019 03:33:38      U.S. Bank N.A. et al,,
                c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:

```
              BRADLY E ALLEN    on behalf of Debtor Ana L. Vargas bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the J.P.
               Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series
               2006-FRE2 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

    Ana L. Vargas : NO. 19-16898/jkf

**ORDER**

AND NOW, this _____ day of _____, 2019 it is hereby ORDERED and DECREED that the Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code is hereby extended through Debtor's case which will act as an automatic stay against all creditors and shall remain in effect unless modified by the court.

**Date: December 12, 2019**

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE