# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Ana L. Vargas**                                                                                   Case No.  **19-16898/jkf**
                                           Debtor(s)                                                        Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020 a copy of the Certificate of Debtor Education and Certification about Financial Management was served by regular United States mail to the following party and the Trustee:.

Ana L. Vargas
963 Allengrove St.
Philadelphia, PA 19124

Electronic notice:

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

   **/s/ Bradly E. Allen, Esquire**
   **Bradly E. Allen, Esquire 35053**
   **Bradly E. Allen**
   **7711 Castor Avenue**
   **Philadelphia, PA 19152**
   **215-725-4242Fax:215-725-8288**
   **bealaw@verizon.net**