UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Ana L. Vargas | Bankruptcy No.19-16898-JKF |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 20th day of April, 2020, by first class mail upon those listed below:

Ana L. Vargas
963 Allengrove Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

BRADLY E ALLEN ESQ
7711 CASTOR AVENUE
PHILADELPHIA, PA  19152


*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee