# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Ana L. Vargas**                                                                                               Case No.  **19-16898/jkf**
                                         Debtor(s)                                                                     Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020 a copy of the Amended Chapter 13 Plan served by regular United States mail to the following party and the Trustee:.

Ana L. Vargas
963 Allengrove St.
Philadelphia, PA 19124

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
1401 JFK Blvd.
Philadelphia, PA 19102

Electronic notice:

Kevin McDonald
on behalf of US. Bank , N.A.

Rebecca Ann Solarz
on behalf of U.S. Bank, N.A.

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**