## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Ana L. Vargas**                                                           Case No.  **19-16898/jkf**

                          Debtor(s)                                                Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2020 a copy of the Notice of Application for Compensation was served by regular United States mail to the following parties and the Trustee:.

Ana L. Vargas
963 Allengrove St.
Philadelphia, PA 19124

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
1401 JFK Blvd.
Philadelphia, PA 19102

Electronic notice:

Kevin McDonald
on behalf of US. Bank , N.A.

Rebecca Ann Solarz
on behalf of U.S. Bank, N.A.

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

                                                                           **/s/ Bradly E. Allen, Esquire**

                                                                           **Bradly E. Allen**
                                                                           **7711 Castor Avenue**
                                                                           **Philadelphia, PA 19152**
                                                                           **215-725-4242Fax:215-725-8288**
                                                                           **bealaw@verizon.net**