# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Ana L. Vargas, Debtor(s)

Case No. 19-16898/AMC
Chapter 13

## ORDER

AND NOW, this ____ day of _____, 2020 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $2,890.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The balance of attorney's fees of $110.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee in accordance with Debtor's Chapter 13 Plan

Dated:

**Date: July 2, 2020**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge