# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  **Ana L. Vargas** | Case No. | **19-16898/amc** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020 a copy of Debtor's Response to Motion for Relief of U.S. Bank, N.A. et al was served by regular United States mail to the following parties and the Trustee:.

Ana L. Vargas
963 Allengrove St.
Philadelphia, PA 19124

Electronic notice:

Kevin McDonald
on behalf of US. Bank , N.A.

Rebecca Ann Solarz
on behalf of U.S. Bank, N.A.

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

          /s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**