| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16898-AMC**

Ana L. Vargas
963 Allengrove Street
Philadelphia  PA    19124

Petition Filed Date: 11/02/2019
341 Hearing Date: 12/20/2019
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $650.00 | | 02/11/2020 | $650.00 | | 03/11/2020 | $650.00 | |
| 04/13/2020 | $650.00 | | 05/11/2020 | $650.00 | | 06/11/2020 | $650.00 | |
| 07/13/2020 | $650.00 | | 08/17/2020 | $650.00 | | 09/14/2020 | $650.00 | |
| 10/13/2020 | $650.00 | | 11/12/2020 | $650.00 | | 12/11/2020 | $650.00 | |
| 01/11/2021 | $650.00 | | 02/11/2021 | $650.00 | | 03/11/2021 | $650.00 | |
| 04/12/2021 | $650.00 | | 05/11/2021 | $650.00 | | | | |

**Total Receipts for the Period: $11,050.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ana L. Vargas | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC  »»  001 | Mortgage Arrears | $34,565.46 | $10,437.90 | $24,127.56 |
| 2 | CITY OF PHILADELPHIA (LD)  »»  002 | Secured Creditors | $504.58 | $152.40 | $352.18 |
| 0 | BRADLY E ALLEN ESQ | Attorney Fees | $110.00 | $110.00 | $0.00 |

**Chapter 13 Case No. 19-16898-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,700.00 | Current Monthly Payment: | $652.00 |
| Paid to Claims: | $10,700.30 | Arrearages: | $678.00 |
| Paid to Trustee: | $999.70 | Total Plan Base: | $39,110.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.