United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                      Case No. 19-16898-amc

Ana L. Vargas                                                                                          Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                       Page 1 of 2

Date Rcvd: Aug 04, 2022                           Form ID: pdf900                                   Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ana L. Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14500307 | + | Bradly E. Allen, Esq., 7711 Castor Avenue, Philadelphia, PA 19152-3601 |
| 14415611 | + | Marcos Vargas, 963 Allengrove Street, Philadelphia, PA 19124-2409 |
| 14421842 | + | U.S. Bank N.A., c/o Kevin G. McDonald, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14415612 | + | U.S. Bank N.A. as Trustee/J.P. Morgan, c/o KML Law Group, P.C., BNY Independence Center, Ste. 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14415613 | + | U.S. Bank N.A., as Trustee/The J.P., Morgan Mortgage Acquisition Corp./SPS, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14421649 | + | U.S. Bank N.A., as trustee, on behalf of the J.P., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14480710 | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14431876 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2022 23:49:00 | U.S. Bank N.A. et al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 11

Date: Aug 06, 2022         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

**Name** | **Email Address**

BRADLY E ALLEN
on behalf of Debtor Ana L. Vargas bealaw@verizon.net

KEVIN G. MCDONALD
on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Ana L. Vargas<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16898-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 4, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE