| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-16898-AMC

Ana L. Vargas
963 Allengrove Street
Philadelphia  PA    19124

Petition Filed Date: 11/02/2019
341 Hearing Date: 12/20/2019
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $650.00 | | 05/11/2021 | $650.00 | | 06/11/2021 | $650.00 | |
| 07/13/2021 | $650.00 | | 09/10/2021 | $650.00 | | 10/12/2021 | $650.00 | |
| 11/12/2021 | $650.00 | | 12/13/2021 | $650.00 | | 01/11/2022 | $650.00 | |
| 02/11/2022 | $650.00 | | 03/11/2022 | $650.00 | | 06/15/2022 | $1,000.00 | |

**Total Receipts for the Period: $8,150.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ana L. Vargas | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC<br>»»  001 | Mortgage Arrears | $34,565.46 | $16,610.80 | $17,954.66 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»»  002 | Secured Creditors | $504.58 | $242.50 | $262.08 |
| 0 | BRADLY E ALLEN ESQ | Attorney Fees | $110.00 | $110.00 | $0.00 |

**Chapter 13 Case No. 19-16898-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,550.00 | Current Monthly Payment: | $652.00 |
| Paid to Claims: | $16,963.30 | Arrearages: | $2,956.00 |
| Paid to Trustee: | $1,586.70 | Total Plan Base: | $39,110.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.